# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CITRUS CONTRACTING LLC,**

    **Plaintiff,**

v.                       Case No: 6:19-cv-1161-Orl-31LRH

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Amended Opposed Motion to Compel Appraisal and Stay Litigation and Discovery (Doc. 25) filed July 31, 2019.

On September 30, 2019, the United States Magistrate Judge issued a report (Doc. 25) recommending that the motion be granted. No objection to the report has been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Amended Motion to Compel Appraisal and Stay Litigation and Discovery is **GRANTED**. This case is **STAYED** pending the appraisal, which the parties shall conduct in accordance with the insurance policy.

3. The parties shall file a joint report by November 6, 2019, and every 90 days thereafter informing the Court of the status of the appraisal. The parties are to notify the Court immediately upon completion of the appraisal process.

4. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 15, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party